634

396 A.2d 837

Martinelli et al., Appellants, v. Chess et al.

Argued October 25, 1978. Thomas L. Cooper, for appellants; Roger Curran, for appellees, Ruhrkohle and Ruhrkohle-Stinnes Corp.; Thomas R. Johnson, for appellees, Dunkard Mining Co. and Francis Fuel Co.; John B. Montgomery, for appellee, EEE Gelellschaft Zur Exploration Von Erdo; No appearance entered nor briefs submitted for appellees, Chess and Cyphert.

Before CERCONE, WIEAND and LIPEZ, JJ.

Order affirmed.

396 A.2d 838

Matheny et al., Appellants, v. Fireman's Fund American Insurance Company.

Argued October 25, 1978. James R. Duffy, for appellants; Donald W. Bebenek and David H. Patterson, for appellee.

Before CERCONE, WIEAND and LIPEZ, JJ.

Order affirmed.